UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

409 UNITY LLC and MEN'DZ BARBER SHOP LLC,
    Defendants.

Case No: 23-cv-62239-KMW

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, RUDOLPH BETANCOURT, by and through undersigned counsel, hereby dismisses this matter with prejudice against the Defendants, 409 UNITY LLC and MEN'DZ BARBER SHOP LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com